## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RANDY WILLIAMS, JR.                                                   PLAINTIFF

V.                                    3:17CV00059 DPM/JTR

DELL COOOK, Sheriff; and
LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center                               DEFENDANTS

## __ORDER__

Plaintiff Randy Williams, Jr. ("Williams") is a pretrial detainee at the

Mississippi County Detention Center.   He has filed this *pro se* § 1983 action

alleging that Defendants violated his constitutional rights.   *Doc .2.*   Before

Williams may proceed, the Court must screen his Complaint.[1]

Williams alleges that Defendants Sheriff Dell Cook ("Cook") and Lieutenant

Luther Whitfield ("Whitfield") have violated his constitutional rights by forcing him

to live in unsanitary conditions that are causing him to develop boils.   The Court

---

[1]   The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.   28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

needs further information to complete § 1915A screening.

Thus, Williams must file, within thirty days of the entry of this Order, an Amended Complaint explaining: (1) how often he receives cleaning products; (2) how the allegedly moldy conditions are causing him to develop boils; (3) if he has sought and obtained any medical care for his boils; (4) how Cook and Whitfield *each* personally participated in the alleged constitutional violation; and (5) why he has sued Cook and Whitfield in both their individual and official capacities.

IT IS THEREFORE ORDERED THAT Whitfield must file, **on or before June 12, 2017**, an Amended Complaint containing the information specified in this Order. If he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 12th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE