UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RANDY WILLIAMS, JR.**                                               **PLAINTIFF**

v.                      3:17-cv-59-DPM

**DELL COOK, Sheriff; and
LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center**            **DEFENDANTS**

### ORDER

**1.** The Court withdraws the reference.

**2.** Williams hasn't filed an amended complaint; and the time to do so has passed. *Nº 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**3.** An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2017