UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RANDY WILLIAMS, JR.                                                              PLAINTIFF

v.                              3:17-cv-59-DPM

DELL COOK, Sheriff; and
LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center                                          DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2017